AO106(Rev.5/85) Affidavit for Search Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person, property, or premises to be searched)

one JVC digital video camera,
one Palm PDA,
and two Nokia cell phones,
as further described below

**APPLICATION AND AFFIDAVIT
FOR SEARCH WARRANT**

CASE NUMBER:

(Further described below)

I    John M. Patarini    being duly sworn depose and say:

I am a(n)    Special Agent with the Federal Bureau of Investigation    and have reason to believe
(Official Title)

that ☒ on the property or premises known as (name, description and or location)

**One JVC digital video camera, one Palm PDA, and two Nokia cell phones, as described further in ATTACHMENT A, which are presently being held as evidence at the Washington Field Office of the Federal Bureau of Investigation (FBI), in Washington, D.C., and which will be transferred to the FBI's Operational Technology Division, in Quantico, Virginia, for execution of the warrant (Fed. Crim. R. 41(b)(2)),**

there is now concealed property, namely:

**SEE ATTACHMENT A**

which is (state one or more bases for search and seizure set forth under Rule 41(c) of the Federal Rules of Criminal Procedure)

evidence, fruits, and instrumentalities of criminal activity

concerning a violation of Title  18  United States Code, Sections 2332(b), 2332a, 844(f) and (n), 924(c) and (o), 842(p), and 2, offenses which are outside of the jurisdiction of any particular state or district of the United States, but within the extraterritorial jurisdiction of the United States and, therefore, pursuant to Title 18, United States Code, Section 3238, within the venue of the United States District Court for the District of Columbia.  The facts to support a finding of Probable Cause are as follows:

SEE ATTACHED AFFIDAVIT HEREIN INCORPORATED BY REFERENCE AS IF FULLY RESTATED HEREIN

Continued on the attached sheet and made a part hereof.    ☒ YES    ☐ NO

Matthew P. Cohen
National Security Section
(202) 514-7427

Signature of Affiant
John M. Patarini, Special Agent
Federal Bureau of Investigation

Sworn to before me, and subscribed in my presence

at Washington, D.C.

_____
Date

_____
Name and Title of Judicial Officer

_____
Signature of Judicial Officer

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION : | |
| OF THE UNITED STATES OF AMERICA : | Mag. No. |
| FOR A SEARCH WARRANT FOR : | |
| ONE JVC DIGITAL VIDEO CAMERA, : | UNDER SEAL |
| ONE PALM PDA, AND TWO NOKIA : | |
| CELL PHONES : | |

**AFFIDAVIT FOR SEARCH WARRANT**

  I, John M. Patarini, a Special Agent with the Federal Bureau of Investigation ("FBI"), having been duly sworn, depose and state as follows:

**INTRODUCTION**

  1. I have been a Special Agent with the FBI since 1989, and I am currently assigned to the Counterterrorism Squad CT-2, Counterterrorism Division, Washington Field Office.

  2. I make this affidavit in support of an application for a search warrant for certain handheld electronic devices, specifically a JVC digital video camera, a Palm PDA, and two Nokia cell phones (collectively, "the Property"), as further described in Attachment A. The Property was recovered in the Netherlands by the Dutch National Police Agency ("KLPD") on May 2, 2005, when the KLPD executed a search warrant on the residence of WESAM AL DELAEMA, also known as WESAM KHALAF CHAYED DELAEME (hereinafter "AL DELAEMA"), located at Lupinestraat 26, in Amersfoort, in the Netherlands. The KLPD arrested AL DELAEMA that same day.

  3. On September 9, 2005, a U.S. District Court Grand Jury sitting in the District of Columbia returned an Indictment in criminal number 05-337 charging AL DELAEMA, an Iraqi-born

1

Dutch national, with Conspiracy to Murder a United States National Outside the United States, in violation of Title 18, United States Code, Section 2332(b); Conspiracy to Use a Weapon of Mass Destruction, in violation of Title 18, United States Code, Section 2332a(a); Conspiracy to Maliciously Damage or Destroy U.S. Government Property by Means of An Explosive, in violation of Title 18, United States Code, Sections 844(f) and (n); Possession of a Destructive Device During a Crime of Violence and Aiding and Abetting and Causing an Act to be Done, in violation of Title 18, United States Code, Sections 924(c) and 2; Conspiracy to Possess a Destructive Device During a Crime of Violence, in violation of Title 18, United States Code, Section 924(o); and Teaching or Demonstrating the Making or Use of an Explosive with Intent to Further a Crime of Violence and Aiding and Abetting and Causing an Act to be Done, in violation of Title 18, United States Code, Sections 842(p) and 2 (collectively, "the Charges"). On January 27, 2007, the Government of the Netherlands extradited AL DELAEMA from the Netherlands to the United States to stand trial on the Charges. On January 29, 2007, AL DELAEMA appeared for his arraignment and entered pleas of not guilty before the Honorable Paul L. Friedman in U.S. District Court for the District of Columbia.

4. In anticipation of AL DELAEMA's extradition to the United States, on January 4, 2007, the Government of the Netherlands released the physical evidence in its custody recovered from the May 2, 2005, search of AL DELAEMA's home, including the Property, to the custody of the FBI. On behalf of the FBI, the undersigned flew the Property from the Netherlands to the United States, landing on January 10, 2007. The Property has remained in FBI custody at the Washington Field Office of the FBI, in Washington, D.C., since that date.

5. For the reasons detailed below, there is probable cause to believe that in the Property

there exists evidence, fruits, and instrumentalities of the Charges. Because this affidavit is being submitted for the limited purpose of establishing probable cause for a warrant to search the Property, I have not included every detail of every aspect of the investigation. Rather, I have set forth only those facts that I believe are necessary to establish probable cause to believe that the Property contains evidence, fruit, and instrumentalities of criminal activity, particularly violations of the United States Code provisions listed above in paragraph 2. The information contained in this affidavit is based upon investigation conducted by myself and other law enforcement officers. The proposed procedures for execution of the requested search warrant are set forth in Attachment A to this Affidavit.

## FACTS SUPPORTING PROBABLE CAUSE

### Background Regarding Investigation of AL DELAEMA

6.      As stated above, on May 2, 2005, the KLPD executed a search warrant on the residence of AL DELAEMA, located at Lupinestraat 26, in Amersfoort, in the Netherlands. Among the items seized in the search were several videotapes showing AL DELAEMA traveling to, and in, Iraq. FBI agents subsequently reviewed the items seized, including the above-referenced tapes. On one of the tapes, identified as evidence number KA2.III.1.7, tape #2, segments that are date-stamped October 30, 2003, show several individuals through a night vision lens wearing hoods that conceal their faces. The individuals on the tape identify themselves as "Mujahideen of Fallujah," and they make anti-American statements for the camera. One of the individuals, although masked, has been identified as AL DELAEMA through burns and bandages on his right hand and by voice recognition by KLPD translators. Additionally, after his May 2, 2005, arrest, AL DELAEMA admitted that he is that person in the

video. The defendant is wearing a distinct jacket and a t-shirt on the video.

7.  In one of the video segments on KA2.III.1.7, tape #2, date-stamped October 30, 2003, AL DELAEMA, identified by his jacket, t-shirt, and burned and bandaged hand, makes the following statement for the camera: "We will show you, in a short while, the site where we hide the mines and how the operation is conducted. The operation will be carried out, if Allah wills, today, and if they [the Americans] come. This is not the first operation we carry out. We have executed several operations and most of them were successful. The American Army wouldn't admit to casualties. Their casualties have gone beyond your imagination. In Fallujah alone, they lost hundreds. Thanks be to Allah, all this happened with His help and blessing. We will continue this struggle and keep our promise, God willing, until the liberation of Iraq is achieved."

8.  In a subsequent segment on KA2.III.1.7, tape #2, bearing the same date stamp of October 30, 2003, the camera is focused on an artillery shell in the ground. The artillery shell is being shallowly covered by dirt by an associate of AL DELAEMA. The associate explains how the shell has been rigged to explode, and how it can be detonated by remote control when American vehicles drive past. AL DELAEMA, again identified by his burned and bandaged hand, and jacket, is then seen touching the artillery shell in the ground. From the video, it is apparent that AL DELAEMA's fingertips make direct contact with the artillery shell. As he touches the artillery shell, AL DELAEMA states, "God willing, they'll pass by here today," referring to American vehicles.

9.  The Dutch investigation of AL DELAEMA that culminated in the May 2, 2005, arrest and search warrant also entailed extensive electronic surveillance (commonly referred to as wiretapping) of a cellular phone AL DELAEMA was known to be using, from approximately

September 2004 to May 2005. Surveillance evidence gathered during this time frame establishes that AL DELAEMA frequently communicated by telephone with known and unknown persons about attacks and acts of violence against American and coalition forces in Iraq. For example, in a call intercepted on September 12, 2004, a male in Iraq who AL DELAEMA refers to as "Firas" and "Faroussi" describes successful strikes on three American aircraft and an IED attack on an American "Hummer." AL DELAEMA is heard listening to the descriptions, requesting more details, and even telling Firas/Faroussi that "I'll get a video camera so you can take videos for me." Similarly, in a call intercepted on October 2, 2004, "Firas" describes to AL DELAEMA how two cars, a KIA and a Mercedes, were blown up at camp in Qarma, Iraq. AL DELAEMA asks whether "Firas" filmed it, and "Firas" responds that he did and that the explosion was shown on TV. To this, AL DELAEMA replies in part, "Good, good, God bless you." At the conclusion of the call, when "Firas" tells AL DELAEMA he will call him again, AL DELAEMA responds, "OK. Give me some good news. News like the one about Qarma."

**Background Regarding the Property**

10.    In view of the foregoing, there is probable cause to believe that the Property – all of which was recovered from AL DELAEMA's home on May 2, 2005 – contains further evidence, fruits, and instrumentalities of the Charges. The first item, the JVC digital video camera, contains a dead battery which renders the camera inoperable unless the camera is first charged with an appropriate power source. The JVC digital video camera contains a digital video cassette whose contents are unknown. The JVC digital video camera also contains an 8MB multimedia card whose contents are unknown. A multimedia card is able to store video and still image files and other user data that may remain on the card unless and until deleted by

the user. Similarly, the Palm PDA, one Nokia cell phone, and one Nokia cell phone with built-in camera, contain subscriber identity module cards ("SIM" cards), and/or data cards. Such memory devices are capable of storing electronic user data, including names, numbers, call records, messages and images. The FBI's Operational Technology Division ("OTD") has the capability to charge the JVC digital video camera and remove and examine the digital video cassette. The OTD also maintains the capability to conduct a forensic examination of the JVC digital video camera's multimedia card, the SIM cards and data cards in the Nokia cell phones, and any other memory cards or memory systems present in the Palm PDA and Nokia cell phones capable of storing electronic user data.

## CONCLUSION

11.     Based on all of the foregoing facts and circumstances, there is probable cause to believe that the Property may contain evidence of the Charges, more specifically, evidence of (1) AL DELAEMA's participation in the conspiracies and other offenses set forth in the Charges; (2) the identities, contact information, and/or location of AL DELAEMA's co-conspirators, including those co-conspirators who appear on the October 30, 2003, date-stamped video footage contained on the videotape identified as evidence number KA2.III.1.7, tape #2; and (3) the whereabouts of other fruits and instrumentalities of the Charges.

12.     For these reasons, I request authority to search the Property as set forth more fully in Attachment A. Upon issuance of a search warrant herein, the Property will be submitted to the FBI's OTD in accordance with OTD protocols. OTD shall begin electronic extraction from at least one of the four individual items of Property within ten days of the issuance of the warrant.

**REQUEST FOR SEALING**

13.  Because the search warrant requested herein is for electronically-stored data that may identify AL DELAEMA's co-conspirators and may lead to the discovery of additional evidence, fruits and instrumentalities of the Charges, disclosure of the affidavit in support of an application for a search warrant may seriously jeopardize the progress of the investigation. Accordingly, I respectfully request that the Court issue an order that this affidavit in support of a search warrant be filed under seal until further order of this Court.

_____
John M. Patarini
Special Agent
Federal Bureau of Investigation

Sworn and subscribed to before me
this _____ day of March, 2007.

_____
United States Magistrate Judge

## ATTACHMENT A

I. **Items to be Searched (collectively, "the Property")**

    A. JVC 200X digital video camera, serial #096F0737, including one JVC 8MB multimedia card, serial #00011IH;

    B. Palm PDA, serial #LOPK1B017343;

    C. Nokia cell phone with built-in camera, model: 6230, code #0513072, including one 32MB data card, serial #06308261, and SIM card, serial # BV 89311 62111 13079 5690; and

    D. Nokia cell phone, model: 6610, code #050776, including one SIM card, serial #BV 89311 62111 12517 0990.

II. **Execution of Warrant and Scope of Search of the Property.** Some or all of the following steps may be taken in connection with the execution of this warrant:

    A. The Property shall be transferred from the Washington Field Office of the Federal Bureau of Investigation (FBI), in Washington, D.C., to the FBI's Operational Technology Division (OTD), located in Quantico, Virginia, for execution of the search warrant (Fed. Crim. R. 41(b)(2));

    B. At OTD, the JVC digital video camera's battery shall be charged using an appropriate power source, in order to eject and examine a digital video cassette that is now in the JVC digital video camera;

    C. OTD shall conduct a digital forensic examination of the Property, including the retrieval of all user data, names, numbers, messages, pictures, videos, and other electronic data capable of being electronically extracted from the Property;

    D. OTD shall begin electronic extraction of data from at least one of the four individual items of the Property listed above within ten days of the issuance of the warrant, completing it as necessary thereafter.