UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION : | |
| OF THE UNITED STATES OF AMERICA : | Mag. No. |
| FOR A SEARCH WARRANT FOR : | |
| ONE JVC DIGITAL VIDEO CAMERA, : | UNDER SEAL |
| ONE PALM PDA, AND TWO NOKIA : | |
| CELL PHONES : | |

**MOTION TO SEAL AFFIDAVIT IN SUPPORT OF**
**SEARCH WARRANT, AND MEMORANDUM IN SUPPORT THEREOF**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully moves the Court for an Order directing that the affidavit in support of a search warrant for one JVC digital video camera, one Palm PDA, and two Nokia cell phones, and related materials, be placed under seal. In support of its motion, the government states as follows:

The search warrant requested herein is for electronically-stored data that may identify as-of-yet unindicted co-conspirators of Wesam Al Delaema, and may lead to the discovery of additional witnesses, evidence, fruits and instrumentalities of the charges contained in the indictment filed against Wesam Al Delaema in criminal case number 05-337. Because this international terrorism investigation is continuing, disclosure of the affidavit in support of an application for a search warrant and/or the subsequent return will seriously jeopardize the progress of the investigation. Accordingly, the government asks this Court to issue an Order sealing the affidavit, the subsequent search warrant return, this Motion and this Court's Order sealing these matters. The need to preserve the integrity of an ongoing criminal investigation is clearly a legitimate prosecutorial reason upon which this Court may base an order to seal the affidavit. See State of Arizona v. Maypenny, 672 F.2d 761, 765 (9th Cir.); Matter of Sealed Affidavit(s) to Search Warrants, 600 F.2d 1256 (9th Cir.

1979).  See also Shea v. Gabriel, 520 F.2d 879 (1st Cir. 1975); United States v. Hubbard, 650 F.2d 293 (D.C. Cir. 1980).  There is, therefore, a compelling governmental interest in maintaining the affidavit under seal. See Washington Post v. Robinson, 935 F.2d 282, 289 (D.C. Cir 1991).

However, the nature of this international terrorism investigation will require cooperation between agencies and between governments.  Accordingly, the government requests that the sealing Order not prohibit information obtained from this warrant from being shared with other law enforcement and intelligence agencies, including foreign law enforcement and intelligence agencies, for use in investigation and prosecution.

If, at any time, a legitimate prosecutorial purpose is no longer served by keeping the affidavit in support of the search warrant and related materials under seal, the government intends to file a motion to unseal the affidavit in support of the search warrant and related materials.

WHEREFORE, for all the foregoing reasons, the government respectfully requests that the affidavit in support of the search warrant, the subsequent search warrant return, this Motion and this Court's Order sealing these matters, all be placed under seal until further order of this Court.

> Respectfully submitted,
>
> JEFFREY A. TAYLOR
> United States Attorney
> D.C. Bar # 498-619
>
> _____
> MATTHEW P. COHEN
> Assistant U.S. Attorney
> D.C. Bar #469-629
> 555 Fourth Street, N.W., Room 11-439
> Washington, D.C.  20530
> (202) 514-7427 office
> (202) 307-6059 facsimile