UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR A SEARCH WARRANT FOR ONE JVC DIGITAL VIDEO CAMERA, ONE PALM PDA, AND TWO NOKIA CELL PHONES : : : : : : | Mag. No. 07-103-M-01 UNDER SEAL FILED MAR 2 6 2007 NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT |

**ORDER**

Having considered the Government's Motion to seal the affidavit in support of a search warrant and related materials, in connection with the above-captioned matter, and having found that sealing the affidavit in the above-captioned matter, the subsequent search warrant return and related materials will further the legitimate prosecutorial interest in preserving the integrity of an ongoing criminal investigation, and having therefore concluded that there is a compelling governmental interest in sealing the affidavit in support of a search warrant and related materials in this matter, the Motion is **HEREBY GRANTED.**

**IT IS ORDERED** that the affidavit in support of a search warrant in the above-captioned matter, the subsequent search warrant return, the Government's Motion and this Order be sealed until further order of this Court.

Nothing in this Order shall prohibit information obtained from this warrant from being shared with other law enforcement and intelligence agencies, including foreign law enforcement and intelligence agencies, for use in investigation and prosecution.

Date: MAR 2 6 2007

/s/ John M. Facciola
UNITED STATES MAGISTRATE JUDGE
**JOHN M. FACCIOLA**
U.S. MAGISTRATE JUDGE

cc: MATTHEW P. COHEN
Assistant United States Attorney
National Security Section
555 Fourth Street, N.W., Room 11-439
Washington, D.C. 20530
(202) 514-7427 office