AO93(Rev.5/85)Search Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

one JVC digital video camera,
one Palm PDA,
and two Nokia cell phones,
as further described below

**SEARCH WARRANT**

CASE NUMBER: 07 - 103 - M - 01.

TO:   John M. Patarini   and any Authorized Officer of the United States

Affidavit(s) having been made before me by  Special Agent John M. Patarini, who has reason to believe that ☐ on the person or ☒ on the property or premises known as (name, description and or location)

**One JVC digital video camera, one Palm PDA, and two Nokia cell phones, as described further in ATTACHMENT A, which are presently being held as evidence at the Washington Field Office of the Federal Bureau of Investigation (FBI), in Washington, D.C., and which will be transferred to the FBI's Operational Technology Division, in Quantico, Virginia, for execution of the warrant (Fed. Crim. R. 41(b)(2)),**

there is now concealed certain property, namely

   **SEE ATTACHMENT A**

I am satisfied that the affidavits(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

**YOU ARE HEREBY COMMANDED** to search on or before   04/06/07
                                                                                                         (Date)
(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search in the manner specified in ATTACHMENT A ☐ (in the daytime - 6:00 A.M. to 10:00 P.M.) ☐ (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to the undersigned U.S. Judge/U.S. Magistrate Judge, as required by law.

MAR 2 6 2007                                                         at Washington, D.C.
Date and Time Issued
JOHN M. FACCIOLA
U.S. MAGISTRATE JUDGE                                    /s/ John M. Facciola
Name and Title of Judicial Officer                              Signature of Judicial Officer

# RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 03/26/2007 | 03/29/2007 - started<br>08/09/2007 - completed | |

**INVENTORY MADE IN THE PRESENCE OF**
Federal Bureau of Investigation Laboratory, Operational Technology Division, Quantico, VA

**INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT**

Copy of data stored on JVC 8MB multimedia card, serial # ̲ ̲ ̲ ̲, from JVC 200X digital video camera.

Copy of data stored on SIM card in Nokia 6230, serial number # ̲ ̲ ̲ ̲

Copy of data stored on 32MB multimedia card, serial # ̲ ̲ ̲ ̲ from Nokia 6230.

Copy of data stored on SIM card in Nokia 6610, serial number # ̲ ̲ ̲ ̲

**FILED**

AUG 1 0 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

_John M. Potarini_ (signature)

Subscribed, sworn to, and returned before me this date.

_____   8-10-07
U.S. Judge or U.S. Magistrate Judge       Date