UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION ) <br> OF THE UNITED STATES OF AMERICA ) <br> FOR A SEARCH WARRANT FOR ) <br> ONE JVC DIGITAL VIDEO CAMERA, ) <br> ONE PALM PDA, AND TWO NOKIA ) <br> CELL PHONES ) | Case No. 07-103-M-01 |

### GOVERNMENT'S MOTION TO UNSEAL SEARCH WARRANT
### AND RELATED MATERIALS

      The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully moves the Court to unseal the application and affidavit in support of this search warrant, and all related materials. In support of its motion, the government states the following:

      1.      On March 26, 2007, the Court approved a search warrant for one JVC digital video camera, one Palm PDA, and two Nokia cell phones, in connection with an ongoing international terrorism investigation.

      2.      That same date, the Court issued an Order sealing the affidavit in support of the application for the search warrant, the subsequent search warrant return, the government's motion and the Court's Order. The United States had requested the sealing because the search warrant was for electronically-stored data that potentially could have identified co-conspirators of Wesam Al Delaema, a/k/a Wesam Khalaf Chayed Delaeme, who had previously been indicted on charges of Conspiracy to Kill U.S. Citizens Outside the United States, in violation of 18 U.S.C. § 2332(b), and other related charges. Disclosure of the search warrant and related materials at that time could have jeopardized an ongoing criminal investigation.

      3.      As a result of the execution of this search warrant, a video was recovered from the

JVC digital video camera and has been reviewed. A copy of that video is now being produced to defendant Delaema's defense counsel as part of discovery in Criminal Case No. 05-337 (PLF). The FBI was unable to recover any electronic data the Palm PDA or the two Nokia cell phones. Pursuant to its discovery obligations, the United States is also preparing to produce the search warrant documents referenced above.

4. Although sealing was necessary at the time of the search warrant, for the reasons specified in the motion and order to seal, those concerns regarding protecting the integrity of an ongoing investigation are no longer operative, given that the materials recovered as the result of the search are being produced to defendant Delaema's defense counsel in discovery. Accordingly, there is no longer an extraordinary situation or a compelling governmental interest which would justify sealing the materials in this matter. See Washington Post v. Robinson, 935 F.2d 282, 289 n. 10 (D.C. Cir. 1991).

Respectfully submitted,

JEFFREY A. TAYLOR
D.C. BAR NUMBER 451-058
UNITED STATES ATTORNEY

BY:      /s/
GREGG A. MAISEL
Assistant United States Attorney
Bar No. 447-902
555 Fourth Street, N.W., Room 11-453
National Security Section
Washington, DC 20530
(202) 514-7746
Gregg.Maisel@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION    )<br>OF THE UNITED STATES OF AMERICA    )<br>FOR A SEARCH WARRANT FOR    )<br>ONE JVC DIGITAL VIDEO CAMERA,    )<br>ONE PALM PDA, AND TWO NOKIA    )<br>CELL PHONES    ) | Case No.  07-103-M-01 |

**O R D E R**

_____Upon consideration of the Government's Motion to Unseal Search Warrant and Related Materials in the above-captioned matter, and the record herein,

the Motion is hereby **GRANTED.**

The Clerk shall unseal the affidavit in support of an application for a search warrant in this matter, the subsequent search warrant return, the government's motion to seal, the Court's Order to Seal and any other related materials.

Date: _____         _____
UNITED STATES MAGISTRATE JUDGE

Copies to:

Gregg A. Maisel
Assistant United States Attorney
National Security Section
555 Fourth Street, N.W., Room 11-453
Washington, DC 20530