UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION ) <br> OF THE UNITED STATES OF AMERICA ) <br> FOR A SEARCH WARRANT FOR ) <br> ONE JVC DIGITAL VIDEO CAMERA, ) <br> ONE PALM PDA, AND TWO NOKIA ) <br> CELL PHONES ) | Case No. 07-103-M-01 <br><br> **FILED** <br><br> MAY 1 6 2008 <br><br> NANCY MAYER WHITTINGTON, CLERK <br> U.S. DISTRICT COURT |

## ORDER

_____Upon consideration of the Government's Motion to Unseal Search Warrant and Related Materials in the above-captioned matter, and the record herein,

the Motion is hereby **GRANTED**.

The Clerk shall unseal the affidavit in support of an application for a search warrant in this matter, the subsequent search warrant return, the government's motion to seal, the Court's Order to Seal and any other related materials.

Date: May 16, 2008

_____
UNITED STATES MAGISTRATE JUDGE

Copies to:

Gregg A. Maisel
Assistant United States Attorney
National Security Section
555 Fourth Street, N.W., Room 11-453
Washington, DC 20530